UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RA NU RA KHUTI AMEN BEY,

    Plaintiff,

v.                                               Case No. 8:23-cv-1972-TPB-UAM

UNITED STATES OF AMERICA, ET AL.,

    Defendants.
_____/

## ORDER DISMISSING CASE

This matter is before the Court *sua sponte* on Plaintiff Ra Nu Ra Khuti Amen Bey (also known as Bertram Andrews-Powley, III) complaint, filed on September 1, 2023. (Doc. 1).   After review of the complaint, court file, and record, the Court finds as follows:

In this case, it appears that Plaintiff is attempting to sue United States District Judge Kathryn K. Mizelle, the Clerk of this Court, and the United States based on Judge Mizelle's dismissal of one of Plaintiff's previous cases.   There is no legal or factual basis for his claims.[1]

Plaintiff's complaint is incomprehensible and replete with "the legal-sounding but meaningless verbiage commonly used by adherents to the so-called sovereign citizen movement."   *See Sealey v. Branch Banking and Trust Co.*, Case No.: 2:17cv785-MHT-SMD, 2019 WL 1434065, at *2 (M.D. Ala. Feb. 21, 2019).   The arguments and legal theories espoused by sovereign citizens have been consistently rejected as "utterly frivolous, patently ludicrous, and a waste of . . . the court's time, which is being paid by

---

[1] Plaintiff appears to be claiming property damage in the amount of $462,000,000 due to the alleged failure of Judge Mizelle and the Clerk to pay taxes on a debt instrument held by a trust of which Plaintiff claims to be the donor, grantor, and beneficiary.

hard-earned tax dollars." *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at *2 (N.D. Fla. Mar. 12, 2018) (citing *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7, 2016)).

The Court notes that Bey has a history of vexatious litigation in the Middle District of Florida. *See Bey v. DHL*, No. 8:23-cv-01435-KKM-SPF, 2023 WL 4364413, at *2 (M.D. Fla. July 6, 2023) (Mizelle, J.); *Bey v. Stuart*, No. 8:21-cv-920, 2021 WL 7448070, at *1 (M.D. Fla. July 6, 2021) (Merryday, J.). **Plaintiff is warned that if he continues to file cases including frivolous arguments of this nature in this Court, he may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1) This case is **DISMISSED WITH PREJUDICE**.
2) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 13th day of September, 2023.

        **TOM BARBER**
        **UNITED STATES DISTRICT JUDGE**